UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:   CHAPTER 13
MILES R. MANTHEY
HEIDI M. SPOTTS-MANTHEY   CASE NO. 13-82740

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Selene Finance LP   **Court claim #:** 8

**Last four digits** of any number used to identify the debtor's account: 4669

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $3445.88 |
| Amount Paid by Trustee | $3445.88 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan     ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/12/2016   /s/Lydia S. Meyer
   Lydia S. Meyer, Trustee
   308 W. State St., Suite 212
   Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of September, 2016.

Dated:  9/12/2016   /s/Cynthia K. Burnard

SELENE FINANCE LP
POST OFFICE BOX 71243
PHILADELPHIA, PA 17176-6243

SELENE FINANCE, LP
PO BOX 422039
HOUSTON, TX  77242-4239

SELENE FINANCE LP
CASHIERING DEPARMENT
9990 RICHMOND AVENUE  SUITE 400 SOUTH
HOUSTON, TX 77042-4546

ATTORNEY JOHN C. CREES
KLUEVER & PLATT LLC
65 E. WACHER PLACE, SUITE 2300
CHICAGO, IL  60601

MILES R. MANTHEY
HEIDI M. SPOTTS-MANTHEY
401 S. HICKORY
SHANNON, IL  61078

DAVID H. CARTER
ATTORNEY AT LAW
308 W. STATE STREET, SUITE 215
ROCKFORD, IL  61101